UNITED STATES DISTRICT COURT
Northern District of Illinois
Eastern Division

Dexter Harris    Plaintiff,              Case No.: 1:18-cv-01820

v.                                    Honorable Gary Feinerman

Derek Coppes, et al. Defendant.

# FILED

APR 16 2019 LA

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Response to Defendant's dispositive motion their Summary Judgement request in regard to alleged A.P.A failures on Plaintiff's behalf.

1. When a civil rights action is brought and jurisdiction exists under 28 USCS and 1343, prior resort to state courts, even where a state remedy may be available, is not required, since federal remedies for violation of civil rights are supplementary to any remedy which may exist under state law. Thus, there is no doctrine of exhaustion of state judicial remedies applicable to civil rights actions in federal courts where jurisdiction is founded on 28 USCS and 1343, including actions brought under 42 USCS and 1983. Exhaustion of state judicial or administrative remedies is not required because of the paramount role Congress has assigned to the federal courts to protect Constitutional rights.

2. When the prisoner's claim is of a Constitutional due process violation relating to prison procedures that do not affect the length or duration of the sentence, or is a claim for

damages because of mistreatment violative of
Constitutional rights and relating strictly to the
Conditions of Confinement and not its fact or
duration, the suit may be maintained without
exhaustion of state remedies as a 42 USCS and 1983
action. Todd v Baskerville (1983, CA4 Va) 712 F2d 70.

Respectfully submitted,

Sept Harris

4-8-19

Statesville - NRC

UNITED STATES DISTRICT COURT

Northern District of Illinois - Eastern Division

Dexter Harris
_____
Plaintiff Petitioner

Vs.

Derek Coppes, et al.
_____
Defendant Respondent

No. 1:18-cv-01820

## PROOF CERTIFICATE OF SERVICE

TO: UNITED STATES DISTRICT
Court - Northern District of Illinois -
Eastern Division - CLERK OF
THE COURT - 219 S Dearborn St -
Chicago, IL 60604

TO: _____

TO: Lowis and Grellen - LLP
Attorneys at Law
175 U Jackson Blvd, Ste 950
Chicago, IL 60604

TO: _____

1. Attached is the Plaintiff's Response to Defendant's dispositive motion.

2. _____

3. _____

4. _____

5. _____

PLEASE TAKE NOTICE that on April 8          2, 19   I placed the attached or
enclosed documents in the institutional mail at   Stateville - NRC          Correctional center,
properly addressed to the parties listed above for mailing through the United States Postal
Service.

Pursuant to 28 USC 1745, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury,
that I am a named party in the above action, that I have read the above Documents, and that the
information contained therein is true and correct to the best of my knowledge.

Date:

720 l

Dexter Harris
M18166
P.O. Box 112
Joliet, IL 60434

Peter Harris #M18146
Stateville Correctional Center - NRC
P.O. Box 112
Joliet, Ill 60436

Legal Mail

2019 APR 16  AM 8:43

04/16/2019-3

UNITED STATES DISTRICT COURT
CLERK OF THE COURT
219 S. Dearborn St
Chicago, IL 60604

THIS CORRESPONDENCE IS FROM
AN INMATE OF THE ILLINOIS
DEPARTMENT OF CORRECTIONS

SUBURBAN IL 604
11 APR 2019 PM 4 L

FOREVER

USA